AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

____NORTHERN____ District of ____CALIFORNIA____

SEVERINO RIVAC and WARLITA RIVAC,
    Plaintiff(s),

V.

NDEX WEST, LLC; JP MORGAN CHASE BANK, N.A. f.k.a. EMC MORTGAGE CORPORATION; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; AND DOES 1-100; INCLUSIVE,
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-01417-JCS

Notice is hereby given that, subject to approval by the court, ____JP Morgan Chase Bank, N.A.____ substitutes
    (Party(s) Name)

Monique Jewett-Brewster of Bryan Cave, LLP, State Bar No. 217792 as counsel of record in
(Name of New Attorney)

place of ____Philip A. McLeod and Helen D. Hsueh of Keesal, Young & Logan____
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Monique Jewett-Brewster of Bryan Cave, LLP
Address: 560 Mission Street, 25th Floor, San Francisco, California 94105
Telephone: (415) 268-2000  Facsimile (415) 268-1999
E-Mail (Optional): jewett-brewsterm@bryancave.com

I consent to the above substitution.
Date 5/6/13

JP MORGAN CHASE BANK, N.A.
*Jessica R Garibay*
Assistant Vice President
Signature of Party (s)

I consent to being substituted.
Date 5/6/13

Signature of Former Attorney(s)

I consent to the above substitution.
Date 4/26/2013

Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date 5/8/13

Judge Joseph C. Spero

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

SF01DOCS\136378.1

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____CALIFORNIA_____

SEVERINO RIVAC and WARLITA RIVAC,

        Plaintiff(s),

V.

NDEX WEST, LLC; JP MORGAN CHASE BANK,
N.A. f.k.a. EMC MORTGAGE CORPORATION;
WELLS FARGO BANK, N.A.; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC;
AND DOES 1-100; INCLUSIVE,

        Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-01417-JCS

Notice is hereby given that, subject to approval by the court, _Mortgage Electronic Registration Systems, Inc._ substitutes
                                                                 (Party(s) Name)

_Monique Jewett-Brewster of Bryan Cave, LLP_, State Bar No. _217792_ as counsel of record in
(Name of New Attorney)

place of _Philip A. McLeod and Helen D. Hsueh of Keesal, Young & Logan_
                                        (Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Monique Jewett-Brewster of Bryan Cave, LLP |
| Address: | 560 Mission Street, 25th Floor, San Francisco, California 94105 |
| Telephone: | (415) 268-2000     Facsimile    (415) 268-1999 |
| E-Mail (Optional): | jewett-brewsterm@bryancave.com |

I consent to the above substitution.

Date _5/6/13_

I consent to being substituted.

Date _5/6/13_

I consent to the above substitution.

Date _4/26/2013_

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

_____
Signature of Party(s)
Jessica R Garibay
Assistant Vice President

_____
Signature of Former Attorney(s))

_____
Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date _____       _____
                                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

SF01DOCS\136376.1

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

SEVERINO RIVAC and WARLITA RIVAC,

        Plaintiff(s),

V.

NDEX WEST, LLC; JP MORGAN CHASE BANK, N.A. f.k.a. EMC MORTGAGE CORPORATION; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; AND DOES 1-100; INCLUSIVE,

        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-01417-JCS

Notice is hereby given that, subject to approval by the court, __Wells Fargo Bank, N.A.__ substitutes (Party(s) Name)

__Monique Jewett-Brewster of Bryan Cave, LLP__, State Bar No. __217792__ as counsel of record in (Name of New Attorney)

place of __Philip A. McLeod and Helen D. Hsueh of Keesal, Young & Logan__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Monique Jewett-Brewster of Bryan Cave, LLP

Address: 560 Mission Street, 25th Floor, San Francisco, California 94105

Telephone: (415) 268-2000     Facsimile (415) 268-1999

E-Mail (Optional): jewett-brewsterm@bryancave.com

I consent to the above substitution.

Date 5/6/13

    JP MORGAN CHASE BANK, N.A., AS ATTORNEY IN FACT FOR WELLS FARGO BANK, N.A.
    _(signature)_
    Signature of Party (s)
    Jessica R Garibay
    Assistant Vice President

I consent to being substituted.

Date 5/6/13

    _(signature)_
    Signature of Former Attorney (s)

I consent to the above substitution.

Date 5/6/13

    _(signature)_
    Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date _____      _____
                                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

SFOLIXX\SV136381 2