AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

SEVERINO RIVAC and WARLITA RIVAC,
        Plaintiff(s),

V.

NDEX WEST, LLC; JP MORGAN CHASE BANK, N.A. f.k.a. EMC MORTGAGE CORPORATION; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; AND DOES 1-100; INCLUSIVE,

        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-01417-JCS

Notice is hereby given that, subject to approval by the court, __JP Morgan Chase Bank, N.A.__ substitutes
                                                                                   (Party(s) Name)

__Goli Mahdavi of Bryan Cave, LLP__, State Bar No. __245705__ as counsel of record in
(Name of New Attorney)

place of __Philip A. McLeod and Helen D. Hsueh of Keesal, Young & Logan__
                      (Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Goli Mahdavi of Bryan Cave, LLP

Address: 560 Mission Street, 25th Floor, San Francisco, California 94105

Telephone: (415) 268-2000     Facsimile (415) 268-1999

E-Mail (Optional): goli.mahdavi@bryancave.com

I consent to the above substitution.

Date 5/6/13

JP MORGAN CHASE BANK, N.A.
_/s/ Jessica R Garibay_
Signature of Party (s)
Jessica R Garibay
Assistant Vice President

I consent to being substituted.

Date 5/6/13

_Signature of Former Attorney(s)_

I consent to the above substitution.

Date 4/26/13

_Signature of New Attorney_

The substitution of attorney is hereby approved and so ORDERED.

Date 5/8/13

_Judge Joseph C. Spero_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

SF01DOCS\136326.1

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

SEVERINO RIVAC and WARLITA RIVAC,
Plaintiff(s),

v.

NDEX WEST, LLC, JP MORGAN CHASE BANK, N.A. f.k.a. EMC MORTGAGE CORPORATION; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; AND DOES 1-100; INCLUSIVE,
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-01417-JCS

Notice is hereby given that, subject to approval by the court, Mortgage Electronic Registration Systems, Inc. substitutes
(Party(s) Name)

Goli Mahdavi of Bryan Cave, LLP, State Bar No. 245705 as counsel of record in
(Name of New Attorney)

place of Philip A. McLeod and Helen D. Hsueh of Keesal, Young & Logan
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Goli Mahdavi of Bryan Cave, LLP

Address: 560 Mission Street, 25th Floor, San Francisco, California 94105

Telephone: (415) 268-2000  Facsimile: (415) 268-1999

E-Mail (Optional): goli.mahdavi@bryancave.com

I consent to the above substitution.
Date 5/6/13

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
Signature of Party (s)
Jessica R Garibay
Assistant Vice President

I consent to being substituted.
Date 5/6/13

Signature of Former Attorney (s)

I consent to the above substitution.
Date 4/26/13

Signature of New Attorney

The substitution of attorney is hereby approved and so ORDERED.

Date_____  _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

SF01DOCS\136366.1

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

____NORTHERN____ District of ____CALIFORNIA____

SEVERINO RIVAC and WARLITA RIVAC,

    Plaintiff(s),

V.

NDEX WEST, LLC; JP MORGAN CHASE BANK, N.A. f.k.a. EMC MORTGAGE CORPORATION; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; AND DOES 1-100; INCLUSIVE,

    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-01417-JCS

Notice is hereby given that, subject to approval by the court, ____Wells Fargo Bank, N.A.____ substitutes
                                                                             (Party(s) Name)

____Goli Mahdavi of Bryan Cave, LLP____, State Bar No. ____245705____ as counsel of record in
    (Name of New Attorney)

place of ____Philip A. McLeod and Helen D. Hsueh of Keesal, Young & Logan____
                 (Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Goli Mahdavi of Bryan Cave, LLP

Address:     560 Mission Street, 25th Floor, San Francisco, California 94105

Telephone:     (415) 268-2000      Facsimile     (415) 268-1999

E-Mail (Optional):     goli.mahdavi@bryancave.com

I consent to the above substitution.

Date     5/6/13

I consent to being substituted.

Date     5/6/13

I consent to the above substitution.

Date     5/6/13

JP MORGAN CHASE BANK, N.A., AS ATTORNEY IN FACT FOR WELLS FARGO BANK, N.A.

*Jessica R Gamboa*
(Signature of Party(s))
Jessica R Gamboa
Assistant Vice President

(Signature of Former Attorney(s))

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date_____                                             _____
                                                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

SF01DOCS\136363.2