UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEVERINO RIVAC, et al.,

    Plaintiffs,

v.

NDEX WEST, LLC, et al.,

    Defendants.

No. C 13-1417 PJH

**ORDER TO SHOW CAUSE**

TO PLAINTIFFS SEVERINO RIVAC AND WARLITA RIVAC:

You are hereby ordered to show cause in writing no later than December 30, 2013, why this court should not dismiss defendant Ndex West LLC as a nominal party, based on the filing of the Declaration of Non-Monetary Status pursuant to California Civil Code § 2924l, in the Superior Court of California, County of Alameda, prior to the removal of this action.

**IT IS SO ORDERED.**

Dated: December 17, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge