UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEVERINO RIVAC, et al.,

    Plaintiffs,

    v.

NDEX WEST LLC, et al.,

    Defendants.
_____/

No. C 13-1417 PJH

**ORDER**

Plaintiffs having filed a notice of non-opposition to the dismissal of defendant Ndex West, LLC, as a nominal party, it is hereby ordered that Ndex West, LLC, be dismissed.

**IT IS SO ORDERED.**

Dated:  January 2, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge